UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-267(DSD/FLN)

Bruce Maurice Williams,

       Plaintiff,

v.                                 **ORDER**

Capella University, et al.,

       Defendants.

This matter is before the court upon the report and recommendation of Magistrate Judge Franklin L. Noel dated March 6, 2017 (R&R). The magistrate judge recommended that the case be summarily dismissed and the application to proceed in forma pauperis be denied. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate adopt the R&R.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.  The R&R [ECF No. 4] is adopted in its entirety;

    2.  The case is summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B);

    3.  The claims raised under federal law are dismissed with prejudice;

    4.  The defamation claim raised under state law is dismissed without prejudice for lack of subject-matter jurisdiction; and

5.  The application to proceed in forma pauperis [ECF No. 2] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 27, 2017

                                             s/David S. Doty
                                             David S. Doty, Judge
                                             United States District Court